HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARCO ANTONIO LOPEZ-FLORES,<br><br>　　　　　Defendant. | No. Cr. F 10-305 LJO<br><br>**REQUEST TO EXTEND DEADLINE FOR FILING RESPONSE;  ORDER**<br><br>Judge:  Honorable LAWRENCE J. O'NEILL |

Pursuant to Local Rule 144, the undersigned, Assistant Federal Defender David M. Porter, hereby requests that the deadline for filing a response to the Court's February 27, 2015 order be extended to **April 27, 2015**.  The undersigned is awaiting necessary paperwork from probation.

Dated:  March 30, 2015

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　　　　　Federal Defender


　　　　　　　　　　　　　　　　　　　　　　/s/ *David M. Porter*
　　　　　　　　　　　　　　　　　　　　　　DAVID M. PORTER
　　　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender

**ORDER**

Pursuant to the request, and good cause appearing therefor, it is hereby ordered that the response to the Court's order of February 27, 2015, may be filed on or before April 25, 2015.

IT IS SO ORDERED.

Dated:   **March 30, 2015**                             /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE