# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCO ANTONIO LOPEZ FLOREZ,<br><br>Defendant. | CASE NO. 1:10-CR-000305-(3)LJO<br><br>ORDER NOTIFYING PETITIONER OF THE COURT'S INTENT TO RECHARACTERIZE THE MOTION AS MADE UNDER 28 U.S.C. § 2255; REFERRING THE MATTER TO THE FDO; AND SETTING INITIAL BRIEFING SCHEDULE<br><br>(ECF NO. 90) |

On June 27, 2016, Petitioner Marco Antonio Lopez Florez filed a *pro se* "Motion for a Sentence Reduction Based on the *Johnson* and *Welch* Decisions," in which he asserts that *Johnson v. United States*, 135 S. Ct. 2551 (2015), may impact the length of his sentence, but does not specify whether the motion is pursuant to Title 28, United States Code, Section 2255 ("Section 2255 Motion"). *See* ECF No. 90. It is within a district court's discretion to "ignore the legal label that a *pro se* litigant attaches to a motion," and to recharacterize it to place it in the appropriate legal category. *Castro v. United States*, 540 U.S. 375, 381 (2003). Before construing Petitioner's motion as brought under Section 2255, the Court must first inform a petitioner of its intent to do so. *See id.* at 382. The Court cautions Petitioner that recharacterizing the motion as arising under § 2255 "means that any subsequent § 2255 motion will be subject to the restrictions on second or successive motions," under the Antiterrorism and Effective Death Penalty Act (AEDPA). *Id.* at 383. The Court must also "provide the litigant an opportunity to withdraw the motion or to amend it so that it contains all the § 2255 claims he believes he has." *Id.*

To efficiently process petitions under *Johnson* and *Welch* and under Eastern District of California General Order 563, the Court hereby appoints the Federal Defender's Office ("FDO") to represent Petitioner in this matter pursuant to the provisions of the Criminal Justice Act, Title 18 of the United States Code § 3006A(a)(1) and (c). Accordingly,

**IT IS HEREBY ORDERED** that the FDO shall have until **September 16, 2016** to file an appropriate notice electing to withdraw the motion, **or** proceed with the understanding that the Court will construe the motion as one brought under 28 U.S.C. § 2255, **or** amend/supplement the motion. Upon the FDO's filing, the Court will issue an order setting an appropriate briefing schedule, **or** to notify the Court that it does not intend to file any supplement to the motion.

The Clerk of Court is **DIRECTED to add the FDO's Panel Administrator, Connie Garcia (Connie_Garcia@fd.org), to the service list** prior to docketing of this Order.

IT IS SO ORDERED.

Dated:   **August 1, 2016**          /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE